MICHELE BECKWITH
Acting United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

**Jul 02, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>        v.<br><br>            ROBERT JORDAN,<br><br>                    Defendant. | CASE NO.    2:25-mj-0101 CKD<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.


Dated:    July 2, 2025

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE