# Attachment A





**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: U250147703330
Date Filed: 6/5/2025

U250147703330

**Submitter Information:**
Contact Name
Organization Name
Phone Number
Email Address
Address — None

**Debtor Information:**

| Debtor Name | Mailing Address |
|---|---|
| STATE OF CALIFORNIA | c/o 1021 O Street, SACRAMENTO, CA 95814 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| Robert-Louis Jordan | c/o 1640 East Regal Street, Stockton, CA 95205 |

**Indicate how documentation of Collateral is provided:**
Entered as Text

**Description:**
This private commercial lien is filed against the STATE OF CALIFORNIA, JOHN SOLDATI, PATRICIA HORNER, LINDA LOFTHUS, RONALD NORTHUP, CHARLOTTE ORCUTT, RICHARD GIULIANI, and STEPHANIE BOHRER for unrebutted violations of due process, fraud, and unauthorized jurisdictional presumption.

This lien is supported by Exhibits A, B, and C, incorporated by reference. These include:
- Exhibit A: Affidavit of Obligation
- Exhibit B: Collateral Attachment
- Exhibit C: Additional Debtors Summary

Said exhibits document unrebutted defaults, administrative estoppel, and lawful perfected claim. This lien attaches to all real and personal property, tangible and intangible, present and future, of the named debtors.

The Secured Party reserves the right to assign, enforce, sell, securitize, or otherwise act upon this lien under private trust law, commercial law, UCC Article 9, and lawful remedy.

Filed in good faith, without threat, duress, or necessity. All rights reserved. UCC 1-308.

**Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:**
Not Applicable

**Select an alternate Financing Statement type:**
Not Applicable

**Select an additional alternate Financing Statement type:**
Not Applicable

**Select an alternative Debtor/Secured Party designation for this Financing Statement:**
Not Applicable

**Optional Filer Reference Information:**

**Miscellaneous Information:**

*Handwritten annotation:* Accepted for Value UCC-208 UPU Treaty By: Robert-Louis Jordan







**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

U250148110727

For Office Use Only
**-FILED-**

File No.: U250148110727
Date Filed: 6/5/2025

| Submitter Information: | |
|---|---|
| Contact Name | |
| Organization Name | |
| Phone Number | |
| Email Address | |
| Address | None |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | U250147703330 |
| Date Filed | 06/05/2025 |
| Amendment Action | Collateral Amendment |
| Collateral Change | Add Collateral |
| Indicate how documentation of Collateral is provided: | Attached in a File |
| Upload PDF as Collateral: | |
| A_D_uccExhibits.pdf | |

☐ Check this box to see additional UCC Collateral options.

**Name of Secured Party of Record Authorizing This Amendment:**

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          ROBERT-LOUIS JORDAN

Optional Filer Reference Information:

Miscellaneous Information:





In Honor,
By: Robert-Louis: Jordan

Robert-Louis: Jordan

Executor and Beneficiary

ROBERT LOUIS JORDAN TRUST

All Rights Reserved – UCC 1-308, UPU Treaty



# EXHIBIT A – AFFIDAVIT OF OBLIGATION

I, Robert-Louis: Jordan, Executor and Beneficiary of the ROBERT LOUIS JORDAN TRUST, do affirm under full liability that the parties named in this financing statement have been served with lawful administrative notices, affidavits of truth, opportunity to cure, and default notices, all of which remain unrebutted. This establishes the obligation under commercial law and secures the claim of lien perfected under UCC procedures.

*Robert-Louis: Jordan*

Executed by: Robert-Louis: Jordan
All rights reserved – UCC 1-308



EXHIBIT S

# CERTIFICATE OF COMMERCIAL LIEN VALUE

I, Robert-Louis: Jordan, Executor and Beneficiary of the ROBERT LOUIS JORDAN TRUST, hereby certify that the perfected commercial lien filed under Uniform Commercial Code procedures holds a commercial value of $15,000,000.00 USD.

Said lien is based on lawful administrative process, including unrebutted affidavits, notices of fault, commercial default, and administrative estoppel. The lien attaches to the assets of multiple debtors, including the STATE OF CALIFORNIA, JOHN SOLDATI, and other public officers.

This lien is valid, enforceable, and may be assigned or sold to a qualified assignee.

Declared this day, June 7, 2025.

By: Robert-Louis: Jordan
Executor and Beneficiary
ROBERT LOUIS JORDAN TRUST



# EXHIBIT C – ADDITIONAL DEBTORS SUMMARY
## To Accompany Uniform Commercial Code Financing Statement (UCC-1)

This Exhibit is submitted in support of the Uniform Commercial Code Financing Statement filed by Robert-Louis: Jordan, Executor and Beneficiary of the ROBERT LOUIS JORDAN TRUST, for the purpose of providing public notice of additional debtors to whom the lien applies as detailed in the accompanying Exhibit A – Affidavit of Obligation and Exhibit B – Collateral Attachment.

| Debtor Name (ALL CAPS) | Title/Office | Claim Amount |
|---|---|---|
| JOHN SOLDATI | Superior Court Judge, San Joaquin County | $6,000,000.00 |
| PATRICIA HORNER | Deputy District Attorney, San Joaquin County | $5,000,000.00 |
| LINDA LOFTHUS | Superior Court Judge | $500,000.00 |
| RONALD NORTHUP | Superior Court Judge | $500,000.00 |
| CHARLOTTE ORCUTT | Superior Court Judge | $500,000.00 |
| RICHARD GIULIANI | Superior Court Judge | $500,000.00 |
| STEPHANIE BOHRER | Clerk of Court, San Joaquin County | $1,000,000.00 |

This summary is intended for reference as part of the public filing record. For full facts, administrative history, and supporting affidavits, see Exhibit A and B attached to the primary filing.

Respectfully Submitted,

Robert-Louis: Jordan
Executor and Beneficiary
ROBERT LOUIS JORDAN TRUST

[All Rights Reserved – Without Prejudice – UCC 1-308]



# EXHIBIT D – SUMMARY OF ADMINISTRATIVE FILINGS AND AFFIDAVITS ON RECORD

Secured Party: Robert-Louis: Jordan

This document serves as a summary of all administrative filings, affidavits, and notices issued over the past seven (7) months. These filings support and perfect the secured party's claim, demonstrating unrebutted truth, exhaustion of remedy, and proper due process as required under commercial law. This summary is submitted as part of the UCC-3 Amendment to provide a full administrative history and notice to all interested parties.

## AFFIDAVITS
- Affidavit of Obligation (Exhibit A)
- Affidavit of Status / Standing as Living Man
- Affidavit of Truth and Fact
- Affidavit of Non-Response and Administrative Estoppel
- Affidavit of Claim and Demand for Protective Sheriff Intervention
- Affidavit of Foreign Judgment and Equitable Lien Declaration
- Affidavit of Subrogation and Right of Use of Commercial Instruments
- Affidavit of Private Trust and Executor Authority
- Affidavit to the IRS (w/ Form 56 and Bond Instruction to Treasury)
- Notarial Protest and Claim of Interest

## NOTICES
- Notice of Opportunity to Cure (Multiple, including final 3-day)
- Notice of Default and Dishonor
- Notice of Foreign Judgment – Equitable Lien
- Notice of Final Administrative Claim
- Notice to Agent is Notice to Principal
- Notice of Commercial Lien (for S.O.S. and UCC Filing)
- Notice of Treasury Filing (Puerto Rico and D.C.)
- Notice of Claim of Interest & Notarial Protest (Clerk Submission)
- Notice of Filing – UCC-1 Financing Statement
- Notice of Claim and Bond Enforcement to County Officials
- Notice of Rejection to Unlawful Jurisdiction (Court Challenges)
- Notice of Subrogated Standing to Settle Public Debt

## DOCUMENTS FILED OR SUBMITTED
- UCC-1 Financing Statement – Filed in California #U250119229936 / Colorado #20242109881
- Form 56 – Notice Concerning Fiduciary Relationship (IRS & Treasury)
- Declaration of Trust / Executor Notice (for Treasury)
- $100M Private Bond Order to Deposit and Manage (Treasury)

- Master Admiralty Bond – Case #[CR-2024-10930]
- Commercial Lien Certificate (Exhibit B)
- Additional Debtors List (Exhibit C)



"Without Prejudice" UCC 1-308

*Robert-Louis Jordan*