FILED
July 14, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT JORDAN,<br><br>　　　　　Defendant. | Case No. 2:25-mj-00101-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERT JORDAN</u>, Case No. <u>2:25-mj-00101-CKD</u>, Charge <u>18 USC § 922(g)(1)</u>, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

　　　　 **x** Unsecured Appearance Bond $ 　50,000

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Issued at Sacramento, California on July 14, 2025, at 3:00 PM.

By: _/s/ Allison Claire_