AO 442 (Rev. 11/11) (modified) Arrest Warrant                                   FID 11830004

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 2:25-mj-0101 CKD |
| ROBERT JORDAN | ) | |
| *Defendant* | ) | |

**FILED**
Jul 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## ARREST WARRANT

To: Any authorized law enforcement officer

USMS SACRAMENTO RCVD
JUL 3 2025 AM 10:37

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ROBERT JORDAN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

Date: July 2, 2025 at 2:20 pm

*Issuing officer's signature*

City and state: Sacramento, California

Carolyn K. Delaney, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/2/2025, and the person was arrested on *(date)* 7/3/2025
at *(city and state)* Stockton, CA.

Date: 7/3/2025

ATF SA Matthew Garrett
*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*